**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND

| | |
|---|---|
| CHAMBERS OF<br>J. FREDERICK MOTZ<br>UNITED STATES DISTRICT JUDGE | 101 WEST LOMBARD STREET<br>BALTIMORE, MARYLAND 21201<br>(410) 962-0782<br>(410) 962-2698 FAX |

June 3, 2014

       MEMO TO COUNSEL RE:  Stephanie Farrell, et al. v. Macy's, et al.
                                  Civil No. JFM-13-3591

Dear Counsel:

       I have reviewed the memoranda submitted in connection with the motions to dismiss filed by IPC International Corporation, White Marsh Mall, LLC, and General Growth Properties, Inc.  The motions are granted but plaintiffs are granted leave to file an amended complaint on or before June 18, 2014.

       It appears that at least some of the motions to dismiss cannot be cured.  In filing an amended complaint, counsel for plaintiffs should make sure that they can make responsible allegations in accordance with Fed. R. Civ. P. 11.

       Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

                                         Very truly yours,


                                         J. Frederick Motz
                                         United States District Judge