**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**
Northern Division

Stephanie & William Farrell :

    Plaintiffs :

v. : Case No. 1:13-cv-03591-JFM

Macy's, *et al.* :

    Defendants :

## **INDEX OF EXHIBITS**

| | | |
|---|---|---|
| Exhibit 1 | Three surveillance video discs from Macy's (previously produced to all parties) | |
| Exhibit 2 | Deposition of William Farrell | |
| Exhibit 3 | Answers to Interrogatories of William Farrell | |
| Exhibit 4 | Written narrative of Stephanie Farrell | |
| Exhibit 5 | Macy's Answers to Interrogatories of Stephanie Farrell | |
| Exhibit 6 | Deposition of Stephanie Farrell | |
| Exhibit 7 | Answers to Interrogatories of Stephanie Farrell to Macy's | |
| Exhibit 8 | Deposition of Barry Markowitz | |
| Exhibit 9 | Photo of Mr. Farrell's wrist | |
| Exhibit 10 | Photo of Mr. Farrell's wrist | |
| Exhibit 11 | Photo of Mr. Farrell's wrist | |
| Exhibit 12 | William Farrell's Answers to Interrogatories to IPC | |
| Exhibit 13 | Stephanie Farrell's Answers to Interrogatories to IPC | |
| Exhibit 14 | Deposition of Jacqueline Lee-Dewberry | |
| Exhibit 15 | Deposition of Bravett Bull | |

BACON, THORNTON
& PALMER
L.L.P.
CAPITAL OFFICE PARK
6411 IVY LANE
SUITE 500
GREENBELT, MARYLAND
20770-1411
(301) 345-7001
FAX (301) 345-7075

Exhibit 16    Deposition of Craig Reigel

Exhibit 17    Macy's Answers to Interrogatories of William Farrell

Exhibit 18    Photo of Mr. Farrell

Respectfully submitted,

/s/ Patricia M. Thornton
Patricia M. Thornton, # 03201
Edward C. Bacon, # 01256
Capital Office Park
6411 Ivy Lane, Suite 500
Greenbelt, Maryland 20770
(301) 345-7001
(301) 345-7075 (facsimile)
pthornton@lawbtp.com
ebacon@lawbtp.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the **22nd** day of **April, 2015**, a copy of the foregoing **Index of Exhibits** was electronically filed to:

George L. Garrow, Jr., Esquire
Garrow Law Firm, PLLC
300 New Jersey Avenue, NW, Suite 900
Washington, DC 20001
202-469-3411
202-280-1220 - fax
ggarrow@mc.com
(Attorney for Plaintiffs)

Charles L. Simmons, Jr, Esq.
Sonia Cho, Esquire
Gorman & Williams
36 South Charles St, Suite 900
Baltimore, MD 21201

/s/ Patricia M. Thornton
Patricia M. Thornton

BACON, THORNTON
& PALMER
L.L.P.
CAPITAL OFFICE PARK
6411 IVY LANE
SUITE 500
GREENBELT, MARYLAND
20770-1411
(301) 345-7001
FAX (301) 345-7075