# EXHIBIT 1

EXHIBIT 1 (VIDEOS) FILED WITH PAPER COPY