IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| STEPHANIE FARRELL, ET AL. | * | |
| v. | * | Civil No. – JFM-13-3591 |
| MACY'S RETAIL HOLDINGS, INC. | * | |

**MEMORANDUM**

The Fourth Circuit has remanded my opinion dismissing plaintiffs' state-law claim for assault and battery. The Fourth Circuit ruled that I failed to recognize that I could exercise supplemental jurisdiction over the assault and battery claims.

I dismissed those claims because they did not meet the $75,000 jurisdictional amount for diversity actions. If they choose to do so, the Farrells may institute an action in state court pursuing the assault and battery claims pursuant to Maryland Rule 3-101(b).

Date:  May 26, 2016      /s/
                          J. Frederick Motz
                          United States District Judge

1