# INVOICE

**Corbin & Hook Reporting, Inc.**
*1610 West Street, Suite 209*
*Annapolis, MD 21401*
*(410) 268-6006    (410) 268-7006 Fax*

*- You can pay online @ www.corbinandhook.com -*

Patricia M. Thornton, Esquire
Bacon, Thornton & Palmer
6411 Ivy Lane
Suite 500
Greenbelt, MD 20770

March 25, 2015

**Invoice#** 52802

**Balance:** $1,638.62

**Re:** Stephanie & William Farrell v. Macy's
William Farrell, Stephanie Farrell
*on* 03/16/15 *Billed* 03/25/15
*by* Jeff Hook

| Charge Description | Amount |
|---|---|
| Original deposition of William Farrell & Stephanie Farrell    404 pages | 1,414.00 |
| Evening Differential (3 1/2 hours) | 192.50 |
| Read & Sign | 17.50 |
| Postage & Handling | 14.62 |

**\*\*WE LOOK TO ATTORNEY FOR PYMT, NOT THEIR CLIENT\*\***
**\*ALL COLLECTION SUITS FILED IN ANNE ARUNDEL CO.\***

P l e a s e   R e m i t   - - - >   **Total Due:** $1,638.62
*Please tear off stub and return with payment.*

*Fed ID 81-0568546 - PAYMENT DUE WITHIN 15 DAYS*
*Accepting All Credit Cards @ Corbinandhook.com*

Corbin & Hook Reporting, Inc.
1610 West Street, Suite 209
Annapolis, MD 21401

Invoice# 52802

Balance$   1,638.62


DEFENDANT'S EXHIBIT #1

# MERRILL CORPORATION

INVOICE

LegaLink, Inc. a subsidiary of Merrill Corporation

Phone: 800-292-4789

Bacon, Thornton & Palmer, L.L.P
Capital Office Park
6411 Ivy Lane, Suite 500
Greenbelt MD 20770

Attn: Patricia Thornton

Invoice #: 1836728
Invoice Date: 17-Mar-2015
Our Order #: 030-WDC-030721-02

| Matter ID | Client Reference | Client PO# |
|---|---|---|
| Your File Number | Firm Matter ID | Claim Number |

Terms: Due upon receipt

### Farrell, et al vs. Macy's, et al
### JFM-13-CV-3591

| | QTY | UNIT | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| **Job Date: 03-Mar-2015** | | | | |
| **Deponent: Bravett Bull** | | | | |
| Deposition Transcript - Copy | 112 | Pg | | $364.00 |
| Exhibit Scanning - PDF | 40 | Pg | | $16.00 |
| **Deponent: Barry Markowitz** | | | | |
| Deposition Transcript - Copy | 129 | Pg | | $419.25 |
| Exhibit Scanning - PDF | 38 | Pg | | $15.20 |
| **Deponent: Craig Reigel** | | | | |
| Deposition Transcript - Copy | 46 | Pg | | $149.50 |
| Exhibit Scanning - PDF | 2 | Pg | | $.80 |

| | |
|---|---|
| Subtotal: | $964.75 |
| Sales Tax | $.00 |
| Total Invoice USD | $964.75 |

Service Location:
Baltimore MD

Thank You. Your Business is appreciated.

For your convenience we accept Visa, MasterCard and American Express.
1-866-550-1934 (Monday - Thursday 6am - 6pm, Friday 6am - 4pm, CST)

REMIT TO:
LegaLink, Inc.
16824 Collections Center Drive
Chicago, IL 60693-0168

PLEASE PAY FROM THIS INVOICE

Tax ID No: 20-2665382


DEFENDANT'S EXHIBIT #2

**MERRILL CORPORATION**

LegalInk, Inc. a subsidiary of Merrill Corporation

**INVOICE**

Phone: 800-292-4789

Bacon, Thornton & Palmer, L.L.P
Capital Office Park
6411 Ivy Lane, Suite 500
Greenbelt MD 20770

Attn: Patricia Thornton

**Invoice #:** 1847767
**Invoice Date:** 31-Mar-2015
**Our Order #:** 030-WDC-033739-02

| Matter ID | Client Reference | Client PO | Claim Number | Claim Type | Name of Insured |
|---|---|---|---|---|---|
| Your File Number | Firm Matter ID | Claim Office | Sub Claim # | Date of Loss | |

Terms: Due upon receipt

**Farrell, et al vs. Macy's, et al**
**JFM-13-CV-3591**

| | QTY | UNIT | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| **Job Date:** 19-Mar-2015 | | | | |
| **Deponent:** Jacqueline Lee-Dewberry | | | | |
| Deposition Transcript - Copy | 100 | Pg | | $325.00 |
| Exhibit Scanning - PDF | 2 | Pg | | $.80 |
| Processing and Delivery - Transcript | 1 | Ea | | $35.00 |

| | |
|---|---|
| Subtotal: | $360.80 |
| Sales Tax | $.00 |
| **Total Invoice USD** | **$360.80** |

Service Location:
Baltimore MD

Thank You. Your Business is appreciated.

For your convenience we accept Visa, MasterCard and American Express
1-866-550-1934 (Monday - Thursday 6am - 6pm, Friday 6am - 4pm, CST)

REMIT TO:
Legalink, Inc.
16824 Collections Center Drive
Chicago, IL 60693-0168

PLEASE PAY FROM THIS INVOICE

Tax ID No: 20-2665382

DEFENDANT'S EXHIBIT #3 (PENGAD-Bayonne, N.J.)

# INVOICE

## Corbin & Hook Reporting, Inc.
1610 West Street, Suite 209
Annapolis, MD 21401
(410) 268-6006    (410) 268-7006 Fax

*- You can pay online @ www.corbinandhook.com -*

Patricia M. Thornton, Esquire
Bacon, Thornton & Palmer
6411 Ivy Lane
Suite 500
Greenbelt, MD 20770

April 8, 2015

**Invoice#** 52870

**Balance:** $735.62

Re: Stephanie & William Farrell v. Macy's
    Curtis Baillie, CSC
       on 03/31/15   Billed 04/08/15
    by Kathy Benhoff

| Charge Description | Amount |
|---|---|
| Original deposition of Curtis Baillie, CSC | |
| 210 pages | 703.50 |
| Read & Sign | 17.50 |
| Postage & Handling (Exhibits) | 14.62 |

**\*\*WE LOOK TO ATTORNEY FOR PYMT, NOT THEIR CLIENT\*\***
**\*ALL COLLECTION SUITS FILED IN ANNE ARUNDEL CO.\***

P l e a s e   R e m i t   - - - >   **Total Due:**   $735.62
Please tear off stub and return with payment.

*Fed ID 81-0568546 - PAYMENT DUE WITHIN 15 DAYS*
*Accepting All Credit Cards @ Corbinandhook.com*

Corbin & Hook Reporting, Inc.
1610 West Street, Suite 209
Annapolis, MD 21401

Invoice# 52870

Balance$   735.62


DEFENDANT'S EXHIBIT #4